# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>    Plaintiff,<br><br>v.<br><br>REBECCA B. SOUSA-HICKORY; and Does 1-10,<br><br>    Defendants. | **Case No.** 3:19-CV-01669-RS<br><br>ORDER TO EXTEND DATE FOR FILING DISMISSAL |

Having read the stipulation of the parties, and for good cause shown, the Court hereby GRANTS the request. The deadline to file a Stipulation for Dismissal shall be extended up to and including to May 6, 2020. Order to Show Cause Hearing set for May 14, 2020 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: 4/3/2020

_____
HONORABLE RICHARD SEEBORG
United States District Judge

1

Order     3:19-CV-01669-RS